**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE **Gina R. Clausz**
Debtor :

**Chapter 13**
BANKRUPTCY NO. **26-13359-pmm**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR WOODHOLLOW CONDOMINIUM ASSOCIATION**

The undersigned hereby enters his appearance for Woodhollow Condominium Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

**BECKER NE, P.C.**
2003 South Easton Road, Suite 205
Doylestown, PA 18901
Tel. (267) 656-4671

Date: August 28, 2026

Stefan Richter, Esquire
Attorney for Woodhollow Condominium Association