Citizens Bank
JCA130
PO Box 42002
Providence, RI 02940